# United States Court of Appeals
## For the First Circuit

---

Nos. 11-2339, 13-1169

EVELYN RAMÍREZ-LLUVERAS; JENITZA CÁCERES, represented by
Evelyn Ramírez-Lluveras; M.C., represented by Evelyn
Ramírez-Lluveras; M.A.C., represented by
Evelyn Ramírez-Lluveras,

Plaintiffs, Appellees/Cross-Appellants,

v.

EDWIN RIVERA-MERCED; PEDRO TOLEDO-DÁVILA;
LIEUTENANT VÍCTOR CRUZ-SÁNCHEZ; SERGEANT RAFAEL FIGUEROA-
SOLÍS; SERGEANT JUAN COLÓN-BÁEZ,

Defendants, Appellants/Cross-Appellees,

JAVIER PAGÁN-CRUZ; CARLOS SUSTACHE-SUSTACHE; ZULMA DÍAZ;
MIGUEL VÁZQUEZ-SAN ANTONIO; JOHN DOES A-Z, Rep. Employees,
Contractors, or Agents of the P.R. Police Department,

Defendants.

---

**ERRATA SHEET**

The opinion of this Court issued on July 14, 2014 is amended
as follows:

On page 21, line 19, "held" is replaced with "[held]".

On page 44, line 15: "Eight" is replaced with "Eighth".

On page 45, line 17: "Pagán's" is replaced with
"Cáceres's".